IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO LITTLE and<br>RICOSHA YOUNG,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)  CRIMINAL NO. 21-mj-8279-GCS<br>)<br>)  Title 21<br>)  United States Code<br>)  Sections 841(a)(1) and 841(b)(1)(B)(viii).<br>) |

## CRIMINAL COMPLAINT

I, Derek Parker, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## DISTRIBUTE A CONTROLLED SUBSTANCE

On or about October 13, 2021, in Marion County within the Southern District of Illinois,

**RICARDO LITTLE and RICOSHA YOUNG,**

Defendants herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## AFFIDAVIT

I am a Special Agent currently assigned to the FBI Fairview Heights Resident Agency (FVHRA), Springfield Field Office. I have been a Special Agent since July 2017. Prior to becoming a Special Agent, I was a Fairmont City, Illinois, Police Officer for approximately fifteen (15) years and for the last ten (10) years, I was assigned to the Drug Enforcement

Administration (DEA) Fairview Heights Resident Office (FHRO) as a Task Force Officer.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On October 13, 2021, CS#1 agreed to purchase $2000 of methamphetamine from Ricardo **LITTLE**. Prior to the transaction, the CS #1 established contact with Ricosha **YOUNG** and arranged to make a purchase of Methamphetamine ICE on October 13, 2021. CS #1 contacted **YOUNG** via Facebook Messenger voice call. **YOUNG** advised that she was out of town and just to go to her brother Ricardo **LITTLE**'s house at 1208 Case Street to purchase the methamphetamine ICE.

2. FBI Personal conducted surveillance prior to the deal. At 4:24 p.m., **LITTLE** arrived at 1208 Case Street in a black SUV with Illinois registration CV69883. At 4:50 p.m., black SUV with Illinois registration CV69883 departed from 1208 Case Street with Sarah Miller driving. At 5:20 p.m., the black SUV with Illinois registration CV69883 arrive back at 1208 Case St with the same occupants. At 5:58 p.m., Affiant searched the CS #1's person for contraband with negative results. Law enforcement provided the CS #1 with an audio/video recording device and $2000 in FBI funds to complete the purchase from **LITTLE**. At approximately 6:00 p.m., CS #1 departed the predetermined location with surveillance following and maintaining CS #1 in constant view. At approximately 6:03 p.m., CS #1 arrived at 1208 Case Street and walked up to the front door of the house. At 6:07 p.m., CS #1 exited the residence and, by 6:11 p.m., CS #1 arrived back at the pre-determined location.

3. CS #1 gave law enforcement three (3) suspected bags of methamphetamine/ICE. The methamphetamine/ICE was transported to the Centralia Police Department where the

methamphetamine field <u>tested positively</u> for Methamphetamine and <u>weighed 82 grams total</u>. The suspected methamphetamine was secured into a Centralia Police Department until arrangement are made to send the drugs to the DEA laboratory for analysis. CS #1 was debriefed regarding what transpired during the purchase. CS #1 advised that Ricardo **LITTLE** was at the residence when CS #1 arrived. CS #1 advised that **LITTLE** said that he wanted $600 per ounce. **LITTLE** took the money ($2000) and the two talked briefly before CS #1 departed. Thereafter, CS #1 placed a recorded Facebook messenger voice call to **YOUNG** CS #1 advised **YOUNG** that everything was good.

    5. All of these events occurred within the Southern District of Illinois.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Derek Parker_,
Special Agent, Federal Bureau of Investigations

STEVEN D. WEINHOEFT
United States Attorney

_Jennifer Hudson_
JENNIFER HUDSON
Assistant United States Attorney

State of Illinois    )
                           ) SS.
County of St. Clair  )

Sworn to and subscribed on the 27th day of October, 2021.

_____
The Honorable Gilbert C. Sison
United States Magistrate Judge